UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LISA A. RASSETT,  Civil No. 10-3751 DSD/AJB

    Plaintiff,

v.  O R D E R

MICHAEL J. ASTRUE,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 1, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 15] is denied;

2. Defendant's Motion for Summary Judgment [Docket No. 19] is granted;

3. Judgment is entered accordingly.

DATED: August 16, 2011

                                                          s/David S. Doty
                                                          David S. Doty, Judge
                                                          United States District Court